# APPENDIX 9.6
## LOUISIANA CIVIL CASE REPORTING
Civil Case Cover Sheet - LA. R.S. 13:4688, Part G, §13 of the Louisiana Supreme Court
General Administrative Rules, and Appendix 9.6 of the Louisiana District Court Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court.  The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

Dye                           vs.    IASIS

**Court:** 4TH JDC          **Docket Number:** 18-1683

**Parish of Filing:** Ouachita     **Filing Date:** 5-14-18

**Name of Lead Petitioner's Attorney:** J. Michael Rhymes

**Name of Self-Represented Litigant:** _____

**Number of named petitioners:** 1     **Number of named defendants:** 1

**Type of Lawsuit:  Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):**

__Auto: Personal Injury
__Auto: Wrongful Death
__Asbestos: Property Damage
__Product Liability
__Intentional Bodily Injury
__Intentional Wrongful Death
__Business Tort
__Defamation
__Environmental Tort
__ Intellectual Property
__ Legal Malpractice
__ Other Professional Malpractice
__ Maritime
__ Wrongful Death
__General Negligence

__ Auto: Property Damage
__ Auto: Uninsured Motorist
__ Asbestos: Personal Injury/Death
__ Premise Liability
__ Intentional Property Damage
__ Unfair Business Practice
__ Fraud
__ Professional Negligence
__ Medical Malpractice
__ Toxic Tort
__ Other Tort (describe below)
__ Redhibition
__ Class action (nature of case)
_X_ Employment

**Please briefly describe the nature of the litigation in one sentence of additional detail:**
Employment Discrimination under Title VII and ADA

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

**Name** J. Michael Rhymes  **Signature**

**Address** 1005 N. 3rd Street  Monroe, LA 7120

**Phone number:** 318-388-4500 **E-mail address:** jmrhymes@gmail.c

STATE OF LOUISIANA    PARISH OF OUACHITA    FOURTH  JUDICIAL DISTRICT

WENDY BARR DYE

V.  No.    18 - 1683

IASIS GLENWOOD REGIONAL MEDICAL
    CENTER, LP

FILED:_____ MAY 1 4 2018

CLERK OF COURT

---

## PETITION

---

The petition of WENDY BARR DYE, a major resident and domiciliary of Union  Parish,

Louisiana respectfully represents that:

1.

Made defendant herein is:

**IASIS GLENWOOD REGIONAL MEDICAL CENTER LP**, a Louisiana
partnership with its principle office and registered office in Baton Rouge,
Louisiana (hereinafter "IASIS")

2.

This petition is brought pursuant to the Americans with Disabilities Act as well as state

law claims pursuant to Louisiana Civil Code 2315.  The state district court has concurrent

jurisdiction over all federal claims.

3.

Petitioner is a long-time registered nurse.  On October 17, 2016, prior to the events giving

rise to this litigation, Petitioner was injured in a horse riding accident.  One of the sequela of the

injuries was severe migraine headaches, diagnosed and treated by neurologists, as a part of

CASE ASSIGNED TO:

CV. SECT. 3

the treatment was to take, as needed, Fiorecet and Tramadol. Due to the side effects of the drugs,

Petitioner did not take same while on duty as a nurse.  Petitioner's treating physician certified her

as able to practice nursing safely after the accident.

4.

On or about May 10, 2017, Petitioner felt a headache developing while she was on duty at

her place of employment with defendant IASIS.  Petitioner contacted her supervisor, Eric

Daniels, and informed him  that she was ill and would have to leave.  Petitioner informed the

supervisor and other necessary personnel of all care needed for her patients and Petitioner was

relieved of duty by her supervisor.  Petitioner followed all protocols necessary for her to claim

the use of sick leave granted to her as a part of her compensation package with Defendant, IASIS.

5.

Only after Petitioner had been relieved of duty did she take medication so she could

drive home.  At all times Petitioner followed doctor's orders and advice on how to manage her

migraines.

6.

On  May 18, 2017, Petitioner was fired from her employment.  The firing was based upon

the misconception that Petitioner's disability made it impossible for her to work as a registered

nurse.  In fact, Petitioner can fulfill all of the essential functions of a registered nurse by being

granted the reasonable accommodation of time off when migraine headaches occur. Petitioner

was terminated unlawfully because of her disability and request for accommodation.

7.

Alternatively, Petitioner was fired because she was perceived as disabled by the officers and agents of IAISIS.

8.

After Petitioner was fired, Petitioner made it clear to agents and officers of IASIS that she would be pursuing a discrimination complaint.  Subsequently, approximately one month after her dismissal and in retaliation for such statement, IASIS, acting through its officers and employees intentionally  made unprivileged, false statements concerning her designed solely to intimidate her and prevent her from pursing her claims.  On information and belief, Petitioner avers that it is the practice of IASIS to make such statements to prevent employees from pursuing their rights under Federal and State anti discrimination statutues.

9.

As a result of the foregoing Petitioner suffered great emotional distress and lost wages.  Her reputation in the community has been damaged because of the false statements made against her.

10.

On October 24, 2017, Petitioner filed a complaint of discrimination with the United States Equal Employment Commission.  The EEOC issued a right to sue letter on February 15, 2018 which was received by defendant on February 25, 2018.

11.

Petitioner prays for trial by jury.

WHEREFORE, petitioner prays that after due proceedings there be judgment herein in her favor and against the defendant IASIS in a sum reasonable in the premises for all damages occasioned to her including back pay for lost time, compensatory damages for emotional distress, pain and suffering, compensatory damages for loss of reputation and good standing in the community, together with all costs and a reasonable attorney's fee.

 

J. Michael Rhymes #11212
Attorney at Law
1005 North Third Street
Monroe, LA   71201
(318) 388-4500 - telephone

Please withhold service until
further notice.

CERTIFIED
TRUE COPY

JUL 2 6 2018

BY _____
DEPUTY CLERK
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA.

# J. Michael Rhymes
Attorney at Law
## 1005 North Third Street
## Monroe, Louisiana 71201
Phone:  318.388.4500
Email: jmrhymes@gmail.com

May 14, 2018

Ms. Louise Bond
Clerk of Court
Ouachita Parish Court House

via hand delivery

re: Dye v. IASIS

Dear Ms. Bond:

Please withhold service of process in the captioned matter until further notice.

Sincerely,

J. Michael Rhymes

xc:

RECEIVED

2018 MAY 14  P  4: 01

**FILED**

JUL '03 2018

DEPUTY CLERK
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA

**J. MICHAEL RHYMES
ATTORNEY AT LAW**
1005 NORTH THIRD STREET
MONROE, LA 71201
(318) 388-4500
EMAIL: jmrhymes@gmail.com

July 3, 2018

Hand Delivered

Louise Bond
Ouachita Parish Clerk of Court
Post Office Box 1862
Monroe, LA 71210-1862

RE:  Wendy Barr Dye
Vs. 18-1683
Iasis Glenwood Regional Medical Center

Dear Ms. Bond:

Please have the petition in the above captioned matter served on the defendant at the following address:

C T Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

Enclosed is a service copy. There should be sufficient funds in our account. If you have any questions, please do not hesitate to contact our office.

Sincerely,

J. Michael Rhymes

JMR:ed

CLERK OF COURT
OUACHITA PARISH
2018 JUL -3 PH 3: 53
RECEIVED

CASE ASSIGNED TO.
CIV. SECT. 3

CERTIFIED
TRUE COPY

JUL 2 6 2018

BY
DEPUTY CLERK
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA.



OPC.CV.5207261
CTF

# CITATION

**WENDY BARR DYE**

**VS**

**IASIS GLENWOOD REGIONAL MEDICAL CENTER LP**

**DOCKET NUMBER: C-20181683**
**SEC: C3**
**STATE OF LOUISIANA**
**PARISH OF OUACHITA**
**FOURTH JUDICIAL DISTRICT COURT**

### EAST BATON ROUGE PARISH

TO:
    IASIS GLENWOOD REGIONAL MEDICAL CENTER LP
    THRU CT CORPORATION SYSTEM
    3867 PLAZA TOWER DRIVE
    BATON ROUGE, LA 70816

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition. The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within **FIFTEEN (15) days** after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Ouachita Parish Court House, 301 South Grand, Monroe, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within **FIFTEEN (15) days**, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Ouachita Parish, on this JULY 6, 2018.

OUACHITA PARISH CLERK OF COURT

Also attached are the following:
PETITION

CONSTANCE T. FOY

By:_____
    Deputy Clerk

FILED BY:  J MICHAEL RHYMES

_____  **ORIGINAL**

_____  **SERVICE COPY**

_____  **FILE COPY**

 CT Corporation

**Service of Process Transmittal**
07/17/2018
CT Log Number 533708990

TO:     Joyce Ramirez
        Steward Health Care System LLC
        117 Seaboard Ln, Dover Centre, Building
        Franklin, TN 37067

RE:     **Process Served in Louisiana**

FOR:    IASIS Glenwood Regional Medical Center, LP  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | WENDY BARR DYE, PLTF. vs. IASIS GLENWOOD REGIONAL MEDICAL CENTER, LP, DFT. |
| **DOCUMENT(S) SERVED:** | Citation, Petition |
| **COURT/AGENCY:** | 4th Judicial District Court, Parish of Ouachita, LA<br>Case # C20181683 |
| **NATURE OF ACTION:** | Employee Litigation - Wrongful Termination - 05/18/2017 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 07/17/2018 at 08:35 |
| **JURISDICTION SERVED :** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after you have received these documents |
| **ATTORNEY(S) / SENDER(S):** | J. Michael Rhymes<br>1005 North Third Street<br>Monroe, LA 71201<br>318-388-4500 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/18/2018, Expected Purge Date: 07/23/2018<br><br>Image SOP<br><br>Email Notification, Joyce Ramirez  joyce.ramirez@steward.org<br><br>Email Notification, Maria Bradford  maria.bradford@steward.org<br><br>Email Notification, Lillie Bernard  Lillie.Bernard@steward.org<br><br>Email Notification, Sara Rau  Sara.Rau@steward.org<br><br>Email Notification, John Folcarelli  john.folcarelli@steward.org<br><br>Email Notification, Margaret Applin  margaret.applin@steward.org |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816-4378 |
| **TELEPHONE:** | 954-473-5503 |

Page 1 of  1 / PK

Information displayed on this transmittal is for CT
Corporation's record keeping purposes only and is provided to
the recipient for quick reference. This information does not
constitute a legal opinion as to the nature of action, the
amount of damages, the answer date, or any information
contained in the documents themselves. Recipient is
responsible for interpreting said documents and for taking
appropriate action. Signatures on certified mail receipts
confirm receipt of package only, not contents.

OPC.CV.5207261
CTF

# CITATION

WENDY BARR DYE

VS

IASIS GLENWOOD REGIONAL
MEDICAL CENTER LP

**DOCKET NUMBER: C-20181683**
**SEC: C3**
**STATE OF LOUISIANA**
**PARISH OF OUACHITA**
**FOURTH JUDICIAL DISTRICT COURT**

## EAST BATON ROUGE PARISH

TO:

    IASIS GLENWOOD REGIONAL MEDICAL CENTER LP
    THRU CT CORPORATION SYSTEM
    3867 PLAZA TOWER DRIVE
    BATON ROUGE,  LA 70816

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition. The petition tells you what
you are being sued for.

You must EITHER do what the petition asks, OR, within **FIFTEEN (15) days** after you
have received these documents, you must file an answer or other legal pleadings in the
Office of the Clerk of this Court at the Ouachita Parish Court House, 301 South Grand,
Monroe, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading
within **FIFTEEN (15) days**, a judgment may be entered against you without further
notice.

This Citation was issued by the Clerk of Court for Ouachita Parish, on this JULY 6,
2018.

OUACHITA PARISH CLERK OF COURT

Also attached are the following:
PETITION

CONSTANCE T. FOY
By:_____
    Deputy Clerk

FILED BY:  J MICHAEL RHYMES

_____   ORIGINAL

_____   SERVICE COPY

_____   FILE COPY

CERTIFIED
TRUE COPY

DEPUTY CLERK
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH LA

STATE OF LOUISIANA   PARISH OF OUACHITA   FOURTH JUDICIAL DISTRICT

WENDY BARR DYE                                    FILED:_____ MAY 1 4 2018

V. No.      18-1683

IASIS GLENWOOD REGIONAL MEDICAL
    CENTER, LP                                   _____
                                            CLERK OF COURT

---

## PETITION

The petition of WENDY BARR DYE, a major resident and domiciliary of Union Parish,

Louisiana respectfully represents that:

1.

Made defendant herein is:

**IASIS GLENWOOD REGIONAL MEDICAL CENTER LP**, a Louisiana
partnership with its principle office and registered office in Baton Rouge,
Louisiana (hereinafter "IASIS")

2.

This petition is brought pursuant to the Americans with Disabilities Act as well as state

law claims pursuant to Louisiana Civil Code 2315.  The state district court has concurrent

jurisdiction over all federal claims.

3.

Petitioner is a long-time registered nurse.  On October 17, 2016, prior to the events giving

rise to this litigation, Petitioner was injured in a horse riding accident.  One of the sequela of the

injuries was severe migraine headaches, diagnosed and treated by a physician as part of

CASE ASSIGNED TO:

CV. SECT. 3

the treatment was to take, as needed, Fiorecet and Tramadol. Due to the side effects of the drugs, Petitioner did not take same while on duty as a nurse. Petitioner's treating physician certified her as able to practice nursing safely after the accident.

4.

On or about May 10, 2017, Petitioner felt a headache developing while she was on duty at her place of employment with defendant IASIS. Petitioner contacted her supervisor, Eric Daniels, and informed him  that she was ill and would have to leave. Petitioner informed the supervisor and other necessary personnel of all care needed for her patients and Petitioner was relieved of duty by her supervisor. Petitioner followed all protocols necessary for her to claim the use of sick leave granted to her as a part of her compensation package with Defendant, IASIS.

5.

Only after Petitioner had been relieved of duty did she take medication so she could drive home. At all times Petitioner followed doctor's orders and advice on how to manage her migraines.

6.

On  May 18, 2017, Petitioner was fired from her employment.  The firing was based upon the misconception that Petitioner's disability made it impossible for her to work as a registered nurse.  In fact, Petitioner can fulfill all of the essential functions of a registered nurse by being granted the reasonable accommodation of time off when migraine headaches occur. Petitioner was terminated unlawfully because of her disability and request for accommodation.

7.

Alternatively, Petitioner was fired because she was perceived as disabled by the officers and agents of IAISIS.

8.

After Petitioner was fired, Petitioner made it clear to agents and officers of IASIS that she would be pursuing a discrimination complaint.  Subsequently, approximately one month after her dismissal and in retaliation for such statement, IASIS, acting through its officers and employees intentionally made unprivileged, false statements concerning her designed solely to intimidate her and prevent her from pursing her claims.  On information and belief, Petitioner avers that it is the practice of IASIS to make such statements to prevent employees from pursuing their rights under Federal and State anti discrimination statutues.

9.

As a result of the foregoing Petitioner suffered great emotional distress and lost wages. Her reputation in the community has been damaged because of the false statements made against her.

10.

On October 24, 2017, Petitioner filed a complaint of discrimination with the United States Equal Employment Commission.  The EEOC issued a right to sue letter on February 15, 2018 which was received by defendant on February 25, 2018.

11.

Petitioner prays for trial by jury.

WHEREFORE, petitioner prays that after due proceedings there be judgment herein in her favor and against the defendant IASIS in a sum reasonable in the premises for all damages occasioned to her including back pay for lost time, compensatory damages for emotional distress, pain and suffering, compensatory damages for loss of reputation and good standing in the community, together with all costs and a reasonable attorney's fee.

J. Michael Rhymes #11212
Attorney at Law
1005 North Third Street
Monroe, LA  71201
(318) 388-4500 - telephone

Please withhold service until
further notice.

CERTIFIED
TRUE COPY

DEPUTY CLERK
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA