# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | | |
|---|---|---|
| **WENDY BARR DYE** | * | **CIVIL ACTION NO. 3:18-cv-0981** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **IASIS GLENWOOD REGIONAL MEDICAL CENTER LP** | * | **MAG. JUDGE KAREN L. HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's motion to dismiss for failure to state a claim [Doc. No. 9] is **GRANTED IN PART** and **DENIED IN PART**. The motion is **GRANTED** insofar as Defendant moves to dismiss Plaintiff's defamation claim, and Plaintiff's defamation claim against Defendant is **DISMISSED WITH PREJUDICE,** in view of Plaintiff's failure to amend her complaint within the time period set forth in the Report and Recommendation.

**IT IS FURTHER ORDERED** that in all other respects, Defendant's motion to dismiss is **DENIED**.

MONROE, LOUISIANA, this 31st day of October, 2018.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**