# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

**Wendy Dye**                                         **JUDGE:        DOUGHTY**

**V.  3:18 CV 00981**

**IASIS  GLENWOOD REGIONAL MEDICAL**            **MAGISTRATE:    HAYES**
**CENTER, LLP**

---

### Joint Motion to Dismiss

---

The Joint Motion of Wendy Dye and IASIS Glenwood Regional Medical Center LLP respectfully represents that:

1.

The parties have resolved all issues in this cause and request that the court enter the order attached dismissing all claims of the plaintiff with prejudice with all parties to bear their own costs.

Wherefore the parties pray for entry of the attached Judgment of Dismissal.


S/J. Michael Rhymes
J. Michael Rhymes #11212
Attorney at Law
1005 North Third Street
Monroe, LA   71201
(318) 388-4500 - telephone

Attorney for Plaintiff

/s/ Jon K. Guice
Jon K. Guice (LA #20841)
Justin N. Myers (LA #34005)
Hammonds, Sill, Adkins & Guice

1881 Hudson Circle
Monroe, LA 71201
jguice@hamsil.com
jmyers@hamsil.com

Robert W. Horton
Mary Leigh Pirtle
BASS, BERRY & SIMS PLC
150 Third Avenue, South – Suite 2800
Nashville, Tennessee 37201
Telephone: (615) 742-6200
Facsimile: (615) 742-2799
bhorton@bassberry.com
mpirtle@bassberry.com

Attorneys for Defendant