UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **WENDY BARR DYE** | **CIVIL ACTION NO. 3:18-CV-00981** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **IASIS GLENWOOD REGIONAL MEDICAL CENTER LLP** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

Considering the foregoing,

**IT IS ORDERED, ADJUDGED AND DECREED** that the Joint Motion to Dismiss [Doc. No. 22] is **GRANTED**. Plaintiff Wendy Barr Dye's claims against Defendant Iasis Glenwood Regional Medical Center, LLP are **DISMISSED WITH PREJUDICE,** with each party to bear their own costs.

Monroe, Louisiana, this 9th day of January, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE